UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
YASEEN TRAYNOR, *on behalf of himself and all others similarly situated*,

                                Plaintiff,

      -against-

HEELYS, INC.,

                              Defendant.
------------------------------------------------------------ x

ORDER

19 Civ. 6067 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       September 24, 2019

                                                   SO ORDERED.

                                                   GEORGE B. DANIELS
                                                   United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: SEP 2 4 2019]